Dismissed and Opinion filed May 22, 2003









Dismissed and Opinion filed May 22, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00132-CV

____________

 

RALPH O. DOUGLAS, Appellant

 

V.

 

LINDA PORTER AND MARCELYN CURRY, Appellees

 



 

On
Appeal from the 129th District Court

Harris County, Texas

Trial
Court Cause No. 01-55507

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed June 24, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On April 14, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed May 22, 2003.

Panel consists of Justices Yates,
Hudson and Frost.